properly considered the applicability of Section 6.6, the district court abused its discretion by deciding an issue of plan interpretation *de novo*, without remanding the issue to the Plan Administrator. Finally, Lucent argues that, assuming *arguendo* the district court properly considered the applicability of Section 6.6 and properly engaged in its construction without deferring to the Plan Administrator, the district court erred in its construction of Section 6.6.

Having considered the parties' briefs, the record, and the applicable law, we find no reversible error. We affirm on the reasoning of the district court as set forth in its carefully crafted order. *See Vincent v. Lucent Techs., Inc.,* 733 F.Supp.2d 729 (W.D.N.C.2010).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Donald Lee Jackson, Appellant Pro Se.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Lee Jackson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Helton,* No. 1:10–cv–01352–GBL–TRJ (E.D.Va. Feb. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

### Donald Lee JACKSON, Plaintiff–Appellant,

v.

### J. HELTON, Sgt.; Thieson, Sgt.; Reid, Cpl., Defendants–Appellees.

No. 11–6253.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2011.

Decided: July 26, 2011.

### UNITED STATES of America, Plaintiff—Appellee,

v.

### Stanley HICKMAN, Defendant—Appellant.

No. 11–6484.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.